THE DWELLE-KAISER Co., Plaintiff, *v.* LE VELL MOON, Doing Business under the Name of JOHN MOON & SON, et al., Defendants, WICKER LUMBER COMPANY, Appellant, and COLUMBIA CASUALTY COMPANY, Respondent.

(Argued October 27, 1932; decided November 22, 1932.)

*Robert J. Moore* for appellant.

*Stanley H. Montfort* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.